PD-1064&1065E15

①

Cause No. F13-58092-J
F13-58094-J

THE STATE OF TEXAS

VS.

ALLEN HO
~~Petitioned~~ Defendant
TDCJ# 1945313
DATE OF BIRTH 02-24-90

In THE Fifth District

Court of Appeals

Dallas County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Requested For Court Appointed Counsel

Pursuant to Article 1.051, Texas Code of Criminal Procedure.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

To the Honorable Judge of Said Court:

Comes now, the defendant, ALLEN HO TDCJ# 1945313 , and request that the Court appoint Counsel to assist him in resolving Pending charges in the Above-Styled Cause Pursuant to tex. Code Crim. Proc. art. 1.051. Article 1.051(c) States as follows: "An indigent defendant is entitleld to have an attorney appointed to represent him in any adversary Judicial proceeding that May result in punishment by confinement..." Defendant's Declaration in Support of Right to representation of Counsel is Attached and incorporated hereto as Exhibit 1.

Respectfully submitted.

x _Allen H._
Defendant, Pro se
Printed name ALLEN HO
TDCJ No. 1945313
TDSJ Unit Formby
George L. Allen Sr. Courts building 600 Commerce Street, Suite 200
Address, Route and/or Box number
Dallas ,Texas 75202